

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00278-CR

**CURTIS RAY GOLDSMITH,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 249th District Court
Johnson County, Texas
Trial Court No. F37155

## MEMORANDUM OPINION

Curtis R. Goldsmith appeals from a plea-bargained judgment of conviction with ten years' community supervision for the felony offense of tampering with a government record. Specifically, Goldsmith appears to be appealing from the trial court's subsequent order amending conditions of his community supervision.

The Clerk of this Court warned Goldsmith that because the trial court noted on the certification of defendant's right of appeal that "the defendant has NO right to appeal because the Court modified the terms and conditions of his probation," the

Court might dismiss the appeal unless, within 21 days, we received a certification stating that Goldsmith has a right to appeal or a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 25.2(d); *Chavez v. State,* 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Goldsmith has not shown grounds to continue the appeal in response to the Clerk's warning, and we have not received a certification stating that Goldsmith has a right to appeal. This appeal is dismissed. *See Chavez,* 183 S.W.3d at 680; *Davis v. State,* 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).

PER CURIAM

Before Chief Justice Gray,
    Justice Vance, and
    Justice Reyna
Appeal dismissed
Opinion delivered and filed October 1, 2008
Do not publish
[CR25]